UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

File No. 2:10-CR-40

HON. ROBERT HOLMES BELL

CHRISTOPHER WAYNE BOWSER,

    Defendant.
                               /

## O R D E R

In accordance with the opinion entered this date,

**IT IS HEREBY ORDERED** the Magistrate Judge's March 18, 2011 Report and Recommendation (Dkt. No. 21) is **APPROVED AND ADOPTED IN PART**. The Court adopts the factual findings in the R&R, but remands for additional findings regarding the search of the cooler.

**IT IS FURTHER ORDERED** that Defendant's motion to suppress and dismiss (Dkt. No. 9) is **DENIED IN PART and TAKEN UNDER ADVISEMENT IN PART**. The motion is denied in all respects, with the exception that the issue of the fruits of the search of the cooler is taken under advisement pending further clarification or findings by the Magistrate Judge.

Dated: April 26, 2011

/s/ Robert Holmes Bell
ROBERT HOLMES BELL
UNITED STATES DISTRICT JUDGE